P a g e | 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES BURRIS<br>[#818085] | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF<br>PENNSYLVANIA, et al. | : | NO. 13-6330 |

**ORDER**

AND NOW, this 10th day of July, 2014, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

(1) The Report and Recommendation is **APPROVED AND ADOPTED.**

(2) The Petition for Writ of Habeas Corpus is **DISMISSED AS MOOT.**

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANRO,   J.